IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-cr-00206-3 |
| | ) | Senior Judge Haynes |
| v. | ) | |
| | ) | |
| JOSE GOMEZ PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

A revocation hearing is set in this action for **Monday, July 27, 2015 at 3:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the ___ day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge